UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

GARY MARTINEZ,

    Plaintiff,

v.                    Case No. 8:09-cv-309-T-30TBM

ROBERT JOHN BRATE, INC.,

    Defendant.
_____/

## ORDER OF DISMISSAL

Before the Court is the Voluntary Notice of Dismissal of Claims Without Prejudice (Dkt. #12). In accordance with same, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on April 16, 2009.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2009\09-cv-309.dismissal 12.wpd